Anna Sortun,
OSB No. 045279
Direct: 503-802-2107
Email: anna.sortun@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503-274-8779

Cortney Robinson Henderson*
Pablo A. Moraga*
Steven Y. Bressler*
Robin Thurston*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

*Attorneys for Plaintiffs*
\* Pro Hac Vice Forthcoming or Pending

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| INSTITUTE FOR APPLIED ECOLOGY, 4950 S.W. Hout Street Corvallis, Oregon 97333-9598, <br><br>THE INSTITUTE FOR BIRD POPULATIONS, P.O. Box 518 Petaluma, California 94953, <br><br>and <br><br>MID KLAMATH WATERSHED COUNCIL, 38150 Highway 96 Orleans, California 95556, <br><br>     *Plaintiffs*, | Case No. 6:25-cv-02364 <br><br>**SUPPLEMENTAL DECLARATION OF DR. THOMAS KAYE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

PAGE 1 – SUPPLEMENTAL DECLARATION OF DR. THOMAS KAYE IN SUPPORT OF
    PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

vs.

DOUG BURGUM, in his official capacity as
Secretary of the U.S. Department of the Interior,
1849 C Street, N.W.
Washington, D.C. 20240,

U.S. DEPARTMENT OF THE INTERIOR,
1849 C Street, N.W.
Washington, D.C. 20240,

BUREAU OF LAND MANAGEMENT,
1849 C Street, N.W.
Washington, D.C. 20240

NATIONAL PARK SERVICE,
1849 C Street, N.W.
Washington, D.C. 20240

U.S. FISH AND WILDLIFE SERVICE,
1849 C Street, N.W.
Washington, D.C. 20240,

and

U.S. GEOLOGICAL SURVEY,
12201 Sunrise Valley Drive
Reston, Virginia 20192,

    *Defendants*.

I, Dr. Thomas Kaye, declare as follows:

1. My name is Thomas Kaye. I am a resident of Corvallis, Oregon. I am over the age of eighteen. As referenced in my earlier declaration, I founded the Institute for Applied Ecology ("IAE") in 1999 and currently serve as IAE's Chief Scientist. I provide this supplemental declaration in support of the Motion for Preliminary Injunction filed by IAE. This declaration is based upon my personal knowledge and the knowledge I have acquired in the course of my duties. If called as a witness, I could and would testify competently to the matters set forth below.

**Continued Harm to IAE**

2. Since Plaintiffs filed their Motion for Preliminary Injunction on December 23, 2025, IAE has continued to experience harm from the Department of the Interior's ("DOI") termination of IAE's grants.

3. In addition to IAE's initial staff reductions in December, IAE had to terminate another full-time employee on January 21. Although the employee was initially furloughed, IAE was forced to follow through with a complete layoff due to the continuation of lost federal funds. IAE was also forced to furlough three other employees for a combined eighteen weeks over December to January.

4. The ongoing mental strain to IAE's full-time staff has affected their productivity. Staff are emotionally strained, preoccupied with their ability to maintain their ongoing employment or stressed about changes in their positions, and with navigating the now degraded relationships with IAE's federal partners.

PAGE 3 – SUPPLEMENTAL DECLARATION OF DR. THOMAS KAYE IN SUPPORT OF
    PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

5.     IAE is also at imminent risk of being unable to hire any seasonal workers for the 2026 season. Historically, IAE has hired approximately thirty to forty seasonal workers who conduct rare plant monitoring, native seed collection for National Parks and Bureau of Land Management ("BLM") sensitive species, and rare butterfly monitoring. IAE's typical hiring window is January to April, but because of IAE's loss of federal funding, IAE has not yet posted its usual job advertisements, as IAE is unsure if it can fund seasonal work.

6.     IAE also remains at risk of losing rare plants and seeds. IAE's loss of federal funding cut off support for nineteen native seed fields in the northwest, including fields operated by local farmers who contracted with IAE. IAE has not yet turned over these fields—which would kill the plants—but IAE needs additional funding to continue its conservation mission with these fields. Absent renewed federal funding, IAE could be forced to use reserve funds to reap harvests for particularly rare or challenging species would be using reserve funds. However, the projects would end after that harvest absent funds to plant and maintain the fields.

7.     As a result of the grant termination, IAE partnerships with prisons, even those that included other funders, are now being adapted and in many cases will be removed from prisons in the next two to three weeks. The vast majority of funding that supported IAE staff associated with its work in correctional facilities—including federally and non-federally funded projects—came from the Bureau of Land Management ("BLM"). As a result of federal funding loss from these terminations, ongoing projects (funded by non-federal partners) in prisons—including a project at Coffee Creek Correctional Facility growing violets for a listed caterpillar that is reared by the Oregon Zoo and a project in Idaho prisons growing sagebrush that is conducted via an

PAGE 4 – SUPPLEMENTAL DECLARATION OF DR. THOMAS KAYE IN SUPPORT OF
    PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

agreement with the Idaho Department of Fish and Game—are being affected, including by potentially removing the project from the prisons, negatively impacting the adults in custody.

8. IAE also continues to suffer reputational harm. Some of IAE's contacts at DOI not only no longer work with IAE, they no longer associate themselves with IAE. For example, in less than two weeks IAE will virtually host the 2026 National Native Seed Conference. DOI's participation in this conference in past years has been important for maintaining IAE's connection with the federal government and its reputation. Historically, DOI agencies represented 11% to 15 % of conference attendees, with BLM employees representing half or more of all DOI attendees. For 2026, DOI agencies account for only 3% of all registered attendees, and no BLM employee has registered for the conference.

9. On Wednesday, January 14, IAE staff received an email from a former BLM partner stating that "BLM is not approved to attend [the National Native Seed Conference] in an official capacity. We can attend on our own devices/time, paying ourselves; I am unsure how many will actually do so." When IAE inquired why no federal employees were registering for the conference, the BLM partner replied "I am pretty sure it has to do with being involved with IAE after the September events." A true and correct copy of this email is attached as Exhibit A.

**DOI's Continuation of IAE's Projects**

10. Despite terminating IAE's grants because the projects no longer effectuate agency priorities, DOI has indicated a continuing need for this work.

11. For example, on February 2, Ephriam D. Dickson III, Deputy Superintendent of Carlsbad Caverns National Park reached out to IAE noting IAE's grant cancellation "has left a

PAGE 5 – SUPPLEMENTAL DECLARATION OF DR. THOMAS KAYE IN SUPPORT OF
       PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

number of parks scrambling to figure out next steps." Deputy Superintendent Dickson also requested that IAE send copies of its invoices for work in Carlsbad Caverns National Park and have a project manager meet with him to explain where IAE projects had been left. Deputy Superintendent Dickson stated his request was "to allow us to craft a new project in the system that picks up where this one left off." Deputy Superintendent Dickson's email requested work that IAE would typically perform as part of its work under the terminated grants. IAE now has been performing that work for free for fear of losing its connection with DOI agencies and to fulfill IAE's mission to conserve native species and habitat. A true and correct copy of Deputy Superintendent Dickson's email is attached as Exhibit B.

**IAE's Difficulty in Securing Extensions on its Closeout Obligations**

12.     IAE has also found it difficult to obtain confirmation of DOI's agreement to extend IAE's closeout obligations on the terminated grants during this litigation. For instance, IAE was unable to coordinate an extension directly with DOI but instead had to reach out to each individual grant managers listed on each termination letter. In some instances, IAE's request for an extension bounced back because IAE's contact was no longer working for the federal government. Some DOI grant managers responded that they were awaiting further guidance before answering IAE's request. Others extended IAE's closeout obligation deadline only days after the original deadline of January 21 had passed. Presently, GrantSolutions, the federal grant management software, does not reflect that all IAE's terminated grants have been given an extension.

DATED this 13th day of February, 2026.

_____
Thomas Kaye
Chief Scientist, Institute for Applied Ecology
Corvalis, Oregon