Anna Sortun,
OSB No. 045279
Direct: 503-802-2107
Email: anna.sortun@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503-274-8779

Cortney Robinson Henderson*
Pablo A. Moraga*
Steven Y. Bressler*
Robin Thurston*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

*Attorneys for Plaintiffs*
* Pro Hac Vice Forthcoming or Pending

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| INSTITUTE FOR APPLIED ECOLOGY, 4950 S.W. Hout Street Corvallis, Oregon 97333-9598<br><br>and<br><br>THE INSTITUTE FOR BIRD POPULATIONS, P.O. Box 518 Petaluma, California 94953<br><br>and<br><br>MID KLAMATH WATERSHED COUNCIL, 38150 Highway 96 Orleans, California 95556<br><br>*Plaintiffs*,<br><br>v. | Civil No. 6:25-cv-02364<br><br>**SUPPLEMENTAL DECLARATION OF WILL HARLING IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

PAGE 1 – SUPPLEMENTAL DECLARATION OF WILL HARLING IN SUPPORT OF
    PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

DOUG BURGUM, in his official capacity as
Secretary of the U.S. Department of the Interior,
1849 C Street, N.W.
Washington, D.C. 20240,

U.S. DEPARTMENT OF THE INTERIOR,
1849 C Street, N.W.
Washington, D.C. 20240,

BUREAU OF LAND MANAGEMENT,
1849 C Street, N.W.
Washington, D.C. 20240

NATIONAL PARK SERVICE,
1849 C Street, N.W.
Washington, D.C. 20240

U.S. FISH AND WILDLIFE SERVICE,
1849 C Street, N.W.
Washington, D.C. 20240,

and

U.S. GEOLOGICAL SURVEY,
12201 Sunrise Valley Drive
Reston, Virginia 20192,

    *Defendants*.

PAGE 2 – SUPPLEMENTAL DECLARATION OF WILL HARLING IN SUPPORT OF
    PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Will Harling, declare as follows:

1. My name is Will Harling. I am a resident of Forks of Salmon, California. I am over the age of eighteen. As noted in my earlier declaration, I helped found the Mid Klamath Watershed Council ("MKWC") in 2001 and currently serve as its Restoration Director after previously serving as Co-Executive Director, Fisheries Program Director, and Fire and Forestry Program Director. This declaration is based upon my personal knowledge and the knowledge I have acquired in the course of my duties. I provide this declaration in support of the Motion for Preliminary Injunction filed by the Mid Klamath Watershed Council. If called as a witness, I could and would testify competently to the matters set forth below.

**Further Harms to MKWC**

2. Since filing its motion for preliminary injunction in December 2025, MKWC has suffered additional harms directly resulting from the Department of Interior's ("DOI") grant terminations. Absent immediate relief, these harms will continue to worsen.

3. Because of the funding terminations, MKWC was unable to hire staff and contractors to manage, plan, and implement its USFWS F23AP02864 Western Klamath Mountains Fire Resiliency Project which is aimed at protecting the community of Orleans from catastrophic wildfire. Unless funding is restored, MKWC will be unable to implement approximately 250 acres of fuels reduction through manual thinning and piling. The terminated funds would have restored fire to fire-dependent forests that have not experienced fires in over a century. These lands pose an outsized wildfire risk to adjacent communities and are depleted of forage for wildlife and cultural resources for Tribal subsistence gathering. As a result of these terminations, Orleans residents face an increased risk to their health and safety during another drought year in one of the most fire-prone landscapes in the United

PAGE 3 – SUPPLEMENTAL DECLARATION OF WILL HARLING IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

States.  Relatedly, because of this grant termination, there will be fewer local and regional jobs as the staff required to manage and implement this project will not be hired.

4.      The grant terminations also increase risks to threatened salmon species.  These grants would have funded the implementation of engineered designs for the Upper Horse Valley Floodplain Restoration Project as well as the procurement of whole-tree logs necessary for such habitat restoration.  These projects would have improved salmon habitats while reducing flood risk to adjacent agricultural lands.  Without this funding, flood risks to nearby farmers grow while threatened salmon species must survive in a smaller habitat.

5.      Uncertainty surrounding the security of MKWC's current funding also has threatened our ability to retain current staff and hire new staff.  It also has affected our staff's ability to afford healthcare as several have cancelled their policies.

6.      Annual evaluations with MKWC staff managing the terminated grants also have revealed extensive damage to our relationships with partner organizations.  The profound stress of re-negotiating projects mid-implementation has adversely affected working relationships with multiple valued contractors.

**DOI's Renewal of MKWC Grants**

7.      As noted in my prior declaration, on September 23, 2025, the Fish and Wildlife Service ("FWS") canceled MKWC's USFWS F24AP02347 grant (titled, "Middle Klamath River Sub-basin Planning 2024").

8.      On January 12, 2026, FWS notified MKWC that MKWC had received an award for grant F26AP00236-00 (titled, "Mid-Klamath SubBasin Planning- MKWC").  A true and correct copy of this grant award is attached as Exhibit A.

9.      The scope of work for this new award (F26AP00236-00) is materially identical to that of the terminated award (USFWS F24AP02347).

PAGE 4 – SUPPLEMENTAL DECLARATION OF WILL HARLING IN SUPPORT OF
            PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

10. It is unclear whether this resumption of funding came in response to our decision to excise all references to diversity, equity, and inclusion from our website after the September grant terminations. As noted in my prior declaration, MKWC and its staff were fearful that joining this litigation would threaten our ability to accomplish our meaningful work for our communities, staff, and the landscapes we serve. We now fear that continued participation in this litigation will put this recent FWS award in danger.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 13th day of February 2026.

/Will C.S. Harling/
_____
Will Harling
Restoration Director, Mid Klamath Watershed Council
Forks of Salmon, California

PAGE 5 – SUPPLEMENTAL DECLARATION OF WILL HARLING IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION