Anna Sortun,
OSB No. 045279
Direct: 503-802-2107
Email: anna.sortun@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503-274-8779

Cortney Robinson Henderson*
Pablo A. Moraga*
Steven Y. Bressler*
Robin Thurston*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

*Attorneys for Plaintiffs*
* Pro Hac Vice Forthcoming or Pending

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| INSTITUTE FOR APPLIED ECOLOGY,<br>4950 S.W. Hout Street<br>Corvallis, Oregon 97333-9598,<br><br>THE INSTITUTE FOR BIRD POPULATIONS,<br>P.O. Box 518<br>Petaluma, California 94953,<br><br>and<br><br>MID KLAMATH WATERSHED COUNCIL,<br>38150 Highway 96<br>Orleans, California 95556,<br><br>*Plaintiffs*, | Case No. 6:25-cv-02364<br><br>**SUPPLEMENTAL DECLARATION OF DR. RODNEY SIEGEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

v.

DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior,
1849 C Street, N.W.
Washington, D.C. 20240,

U.S. DEPARTMENT OF THE INTERIOR,
1849 C Street, N.W.
Washington, D.C. 20240,

BUREAU OF LAND MANAGEMENT,
1849 C Street, N.W.
Washington, D.C. 20240

NATIONAL PARK SERVICE,
1849 C Street, N.W.
Washington, D.C. 20240

U.S. FISH AND WILDLIFE SERVICE,
1849 C Street, N.W.
Washington, D.C. 20240,

and

U.S. GEOLOGICAL SURVEY,
12201 Sunrise Valley Drive
Reston, Virginia 20192,

*Defendants*.

I, Dr. Rodney Siegel, declare as follows:

1. My name is Rodney Siegel. I am a resident of Fairfax, California. I am over the age of eighteen. As referenced in my earlier declaration, I joined The Institute for Bird Populations ("IBP") in 1998 and currently serve as Executive Director of IBP. I provide this supplemental declaration in support of the motion for preliminary injunction filed by IBP. This declaration is based upon my personal knowledge and the knowledge I have acquired in the course of my duties. If called as a witness, I could and would testify competently to the matters set forth below.

2. Since Plaintiffs filed their Motion for Preliminary Injunction on December 23, 2025, IBP has been forced to reduce hours for four of its staff scientists, including a reduction from full time to quarter time for one staff scientist. Absent a return to funding, IBP may be forced to reduce the hours of two more staff scientists. These staff are all highly trained, experienced (some have worked at IBP for decades), and experts in their field. Due to the limited hours now available, these employees are likely to be forced to leave IBP.

DATED this 13th day of February 2026.

__________________________________

Rodney Siegel
Executive Director, The Institute for Bird Populations
Fairfax, California