Anna Sortun, OSB No. 045279
Direct: 503-802-2107
Email: anna.sortun@tonkon.com
Will Gent, OSB No. 165254
Direct:  503-802-5767
Email:  will.gent@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503-274-8779

Cortney Robinson Henderson, *Pro Hac Vice*
Pablo A. Moraga, *Pro Hac Vice*
Steven Y. Bressler, *Pro Hac Vice*
Robin Thurston, *Pro Hac Vice*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| INSTITUTE FOR APPLIED ECOLOGY, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>     Defendants. | Case No. 6:25-cv-02364<br><br>**NOTICE OF APPEARANCE**<br><br>**(Clerk's Action Required)** |

**TO:**          **CLERK OF THE COURT**

**AND TO:**     **DEFENDANTS AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Will Gent of the law firm Tonkon Torp LLP hereby enters his appearance on behalf of Plaintiffs in the above-captioned proceeding.

PAGE 1 – **NOTICE OF APPEARANCE**

Anna Sortun of the law firm Tonkon Torp LLP and Cortney Robinson Henderson, Pablo A. Moraga, Steven Y. Bressler, and Robin Thurston of Democracy Forward Foundation remain as counsel for Plaintiffs.

Service of all further documents, other than service of process, should be sent to:

| | |
|---|---|
| Anna Sortun<br>Direct: 503-802-2107<br>Email: anna.sortun@tonkon.com<br>Will Gent<br>Direct:  503-802-5767<br>Email:  will.gent@tonkon.com<br>Tonkon Torp LLP<br>1300 SW Fifth Ave., Suite 2400<br>Portland, OR 97201<br>Facsimile: 503-274-8779 | Cortney Robinson Henderson<br>Pablo A. Moraga<br>Steven Y. Bressler<br>Robin Thurston<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>Main: 202-448-9090<br>crhenderson@democracyforward.org |

Dated: February 27, 2026

Respectfully submitted,

 /s/ Will Gent
Anna Sortun, OSB No. 045279
Direct: 503-802-2107
Email: anna.sortun@tonkon.com
Will Gent, OSB No. 165254
Direct:  503.802.5767
Email:  will.gent@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503-274-8779

Cortney Robinson Henderson, *Pro Hac Vice*
Pablo A. Moraga, *Pro Hac Vice*
Steven Y. Bressler, *Pro Hac Vice*
Robin Thurston, *Pro Hac Vice*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

*Attorneys for Plaintiffs*