**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**CAMERON PERLA, OSB #241820**
**Cameron.Perla@usdoj.gov**
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2936
Telephone:    (503) 727-1000
Facsimile:    (503) 727-1117

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **INSTITUTE FOR APPLIED ECOLOGY; INSTITUTE FOR BIRD POPULATIONS; MID KLAMATH WATERSHED COUNCIL,** | **Case No.: 6:25-cv-02364-MC** |
| Plaintiffs, | **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT** |
| **v.** | |
| **DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; NATIONAL PARK SERVICE; UNITED STATES FISH AND WILDLIFE SERVICE; UNITED STATES GEOLOGICAL SURVEY,** | |
| Defendants. | |

**Page 1        Defendants' Unopposed Motion for Extension of Time**

**CERTIFICATE OF COMPLIANCE WITH LR 7-1**

Pursuant to Local Rule 7-1(a)(1)(A), undersigned counsel for Defendants has conferred with counsel for Plaintiffs and Plaintiffs do not oppose the relief sought in this motion.

**MOTION**

Defendants, through counsel, move to extend the time to file an answer or otherwise respond to Plaintiffs' Complaint sixty days (60) from date of this filing until June 17, 2026.

**DISCUSSION**

Plaintiffs filed a Complaint for Declaratory and Injunctive Relief on December 18, 2025 (ECF No. 1). Plaintiffs filed their Motion for Preliminary Injunction ("PI") on December 23, 2025 (ECF No. 17). A hearing was held, and an order was issued by the Court granting the PI (ECF 44). A previous extension of time was submitted and Defendants' current deadline for answering Plaintiffs' Complaint is March 26, 2026. (ECF 43). Defendants request one final extension.

Courts may grant extensions of time for "good cause." Fed. R. Civ. P. 6(b)(1). Both parties are engaging in good faith discussions to achieve a reasonable settlement. The requested extension will not prejudice Plaintiffs, as the PI order has been issued and Defendants are openly ensuring compliance with the Order's terms. Plaintiffs have been in ongoing communication with Defendants, and the parties are optimistic that they can resolve issues without the need for court intervention. Plaintiffs do not oppose the relief requested in this motion. This motion is made in good faith and not for the purpose of delay.

Page 2      Defendants' Unopposed Motion for Extension of Time

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court extend the deadline to answer or otherwise respond to Plaintiffs' Complaint until June 17, 2026.

DATED: March 24, 2026.                    Respectfully submitted,


SCOTT E. BRADFORD
United States Attorney

*s/ Cameron Perla*
**CAMERON PERLA**
Assistant United States Attorney