## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** OREGON

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 6:25-cv-02364-MC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 12/18/2025

Date of judgment or order you are appealing: 03/12/2026

Docket entry number of judgment or order you are appealing: 44

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes    ⦿ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Doug Burgum, U.S. Department of the Interior, Bureau of Land Management, National Park Service, U.S. Fish and Wildlife Service, U.S. Geological Survey

Is this a cross-appeal?  ○ Yes    ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes    ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:             State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**  /s/ Cameron M. Perla    **Date** May 11, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                              *Rev. 06/09/2022*

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

| |
|---|
| Doug Burgum, U.S. Department of the Interior, Bureau of Land Management, National Park Service, U.S. Fish and Wildlife Service, U.S. Geological Survey |

Name(s) of counsel (if any):

| |
|---|
| Cameron M. Perla |

Address: | 1000 SW Third Ave., Ste. 600, Portland, OR 97204 |

Telephone number(s): | 503-727-1013 |

Email(s): | Cameron.Perla@usdoj.gov |

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

| |
|---|
| Institute for Applied Ecology, Institute for Bird Populations, Mid Klamath Watershed Council |

Name(s) of counsel (if any):

| |
|---|
| See Attachment A |

Address: | |

Telephone number(s): | |

Email(s): | |

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                        *1*                                        *New 12/01/2018*

**COUNSEL FOR APPELLEES**

**PARTIES:** Institute for Applied Ecology, Institute for Bird Populations, Mid Klamath Watershed Council

**COUNSEL FOR APPELLEES**:

Tonkon Torp, LLP
1300 SW 5th Avenue, Suite 2400
Portland, OR 97201

Anna Sortun
Email: Anna.Sortun@tonkon.com
Phone: 503-802-2107

William T. Gent
Email: Will.Gent@tonkon.com
Phone: 503-802-5767

Democracy Forward Foundation

P.O. Box 34553
Washington, DC 20043

Cortney R. Henderson
Email: Crhenderson@democracyforward.org
Phone: 202-448-9090

Robin F. Thurston
Email: Rthurston@democracyforward.org
Phone: 202-455-9060

1445 New York Avenue, NW
Washington, DC 20001

Pablo Moraga
Email: Pmoraga@democracyforward.org
Phone: 833-391-4732

1
**Attachment A**