UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INSTITUTE FOR APPLIED ECOLOGY; et al.,<br><br>        Plaintiffs - Appellees,<br><br>    v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; et al.,<br><br>        Defendants - Appellants. | No. 26-3011<br><br>D.C. No.<br>6:25-cv-02364-MC<br>District of Oregon, Eugene<br><br>ORDER |

The motion (Docket Entry No. 5) for voluntary dismissal is granted. *See*

Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT