Anna Sortun, OSB No. 045279
Direct: 503-802-2107
Email: anna.sortun@tonkon.com
Will Gent, OSB No. 165254
Direct: 503-802-5767
Email: will.gent@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503-274-8779

Cortney Robinson Henderson *(pro hac vice)*
Pablo A. Moraga (*pro hac vice)*
Steven Y. Bressler *(pro hac vice)*
Robin Thurston *(pro hac vice)*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
EUGENE DIVISION

| | |
|---|---|
| INSTITUTE FOR APPLIED ECOLOGY *et al.*,<br>*Plaintiffs*,<br>vs.<br>DOUG BURGUM *et al.*,<br>*Defendants*. | Case No. 6:25-cv-02364-MC<br><br>**JOINT STIPULATION REGARDING AVAILABLE FUNDING AND ORDER** |

Plaintiffs Institute for Applied Ecology ("IAE"), the Institute for Bird Populations, and the Mid Klamath Watershed Council (collectively, "Plaintiffs") and Defendants the U.S. Department of the Interior, Secretary of the Interior Burgum, the Bureau of Land Management, the National Park Service, the U.S. Fish and Wildlife Service, and the U.S. Geological Survey

(collectively, "Defendants") (with Plaintiffs, the "Parties"), submit this joint stipulation and proposed order:

**WHEREAS,** on December 18, 2025, Plaintiffs filed a complaint and motion for preliminary injunction challenging the September 23, 2025 termination of Plaintiffs' grant agreements with the Department of the Interior;

**WHEREAS,** on March 12, 2026, this Court granted Plaintiffs' motion for preliminary injunction, enjoining the Defendants "from giving effect to the September 2025 termination letters at issue here" and ordering that the Defendants "shall restore Plaintiffs' previously awarded grant agreements with no-cost extensions to Plaintiffs for the time necessary to resume and complete interrupted work," which includes Plaintiff IAE's cooperative agreement with the Fish and Wildlife Service ("FWS") supporting recovery efforts for the Taylor's checkerspot butterfly (Award No. F24AC01549, hereinafter referred to as the "Grant");

**WHEREAS,** Plaintiff IAE's Grant includes "a specific level of support for this multi-year project on an incremental basis" which reflects "the full period of anticipated Service sponsorship…" which "[t]he Service will amend… to add new increments of funding over time." A schedule of amounts is listed in fiscal years 2024 through 2029, reflecting a total anticipated award of $1,698,234.59;

**WHEREAS,** Plaintiff IAE's submitted a funding request in April 2025 for fiscal year 2025 ("FY2025") funding, and that funding request is still pending final review and approval by the Department of the Interior;

**WHEREAS,** the fiscal year ends on September 30, 2026 and Plaintiff IAE has not, to date, received any FY2025 or FY2026 funding under the grant;

**WHEREAS,** the Defendants and Plaintiffs have been working diligently over the last ten days to verify the circumstances surrounding the grant, amendment requests, the review process, the legal entitlements provided under the Notice of Award, and the interaction of each of these issues with this Court's preliminary injunction, but have been unable to come to a satisfactory conclusion by the end of fiscal year 2026;

**WHEREAS,** the Fish and Wildlife Service, the awarding agency of the Grant, has regularly, for decades, maintained authority and appropriations for various grant programs like the Plaintiffs, and has requisite authority and appropriations through the most recent enactment of the continuing resolution, and expects to maintain requisite authority and appropriations through anticipated further government spending bills;

**WHEREAS,** Defendants represent that Plaintiff IAE's funding under the grant has not been obligated, but that equivalent funds will remain available through fiscal year 2027, and will not otherwise expire;

**WHEREAS**, the Parties desire an opportunity to work collaboratively through this issue without requiring excess time and attention by this Court, while protecting the Plaintiffs potential rights to funding;

**THE PARTIES STIPULATE AND REQUEST AN ORDER** that Defendants will preserve sufficient funds to fund and obligate an award for Plaintiff IAE's grant (Award No. F24AC01549) in the amount of at least $528,000, including the funding requested by Plaintiff IAE since April 2025 (collectively, the "Funds"), by ensuring Funds are not withdrawn, deobligated, returned to Treasury, or otherwise made unavailable, subject to applicable current and future Congressional spending authorizations, until the earlier of (a) a written notice of the Parties resolving any dispute regarding the Funds, filed with the Court, (b) resolution of any such dispute

through proceedings before this Court, or (c) final judgment in this action and the exhaustion of any appeals. Defendants shall not assert that the closing of Fiscal Year 2026 in any way limits IAE's rights to those funds listed in the Grant in FY2025 or FY2026 unless the Parties agree that such a determination is necessary to enable access to equivalent funds. Plaintiffs may seek relief regarding the Funds at any time.

Dated: September 30, 2026

SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon

By: /s/*Cameron Perla*
CAMERON PERLA, OSB # 241820
Assistant United States Attorney
Cameron.Perla@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000
Facsimile: (503) 727-1117

*Attorneys for Defendants*

Respectfully submitted,

/s/ *Cortney Robinson Henderson*
Anna Sortun, OSB No. 045279
Direct: 503-802-2107
Email: anna.sortun@tonkon.com
Will Gent, OSB No. 165254
Direct: 503-802-5767
Email: will.gent@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503-274-8779

Cortney Robinson Henderson (*pro hac vice)*
Pablo A. Moraga *(pro hac vice)*
Steven Y. Bressler *(pro hac vice)*
Robin Thurston *(pro hac vice)*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

*Attorneys for Plaintiffs*

**ORDER**

**It is so ORDERED.**

Date: October 7, 2026

s/Michael J. McShane
Michael McShane
United States District Judge